AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Antonio Goodwin <br> *Plaintiff,* <br> v. <br> John Palmer; Byron Bibbs; Coata Kimbrell; A. Norman <br> *Defendants.* | ) <br> ) <br> ) Civil Action No.  1:24-cv-01065-JDA <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ the plaintiff, Antonio Goodwin, take nothing of the defendants, John Palmer; Byron Bibbs; Coata Kimbrell; A. Norman , and this action is summarily dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

■ decided by the Court, the Honorable Jacquelyn D. Austin , United States District Judge, presiding. The Court having adopted the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissal.

Date:  June 28, 2024                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                s/ A. Snipes
                                                                                     *Signature of Clerk or Deputy Clerk*